AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, CHARLES M. | USBC (M.D. TENN.) | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

701 BROADWAY
CUSTOMS HOUSE, 2D FLOOR
NASHVILLE, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | G Investment Group |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 7 - 11, 2017 | Las Vegas, NV | Speaker at CLE Seminar | Lodging and travel |
| 2. | Tennessee Bar Association | April 28 - 30, 2017 | Gatlinburg, TN | Speaker at CLE Seminar | Food, lodging and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, CHARLES M.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Emp US 500 Enhan Volatility Weighted A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 2. Charles Schwab US REIT ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 3. Powershares Fundame H Yield Corp ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 4. SPDR S&P Global Dividend ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 5. SPDR S&P 400 MID CAP Growth ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 6. Schwab US Small Cap ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 7. Guggenheim S&P 500 Equal Weight ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 8. Schwab Int'l Small Cap EQY ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 9. Schwab Fundamental US Small Com ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 10. Wisdomtree Inter HDG QLYDIV GRT ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 11. Schwab Emerging Markets Equity ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 12. Powershares S&P Emerging Markets ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 13. Schwab US Large Cap ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 14. Guggenheim Multi Asset Income ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 15. ALPS Emerging Sector DVDDOGS ETF | A | Dividend | | | Sold | 03/16/17 | J | A | |
| 16. Schwab Int'l Equity ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 17. Powershares Int'l DVDND ACHVRS ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Fundamental INL Large Com ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 19. Franklin INCM FD CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 20. American Century UTIL FD INV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 21. Forward INTL Real Estate A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 22. PIMCO All Asset All Authority CL D | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 23. Loomis Sayles Core Plus Bond Fund CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 24. Lord Abbett Bond Debenture Fund Class A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 25. Oppenheimer Gold & Spec Minerals CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 26. PIMCO INCM CL D | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 27. Templeton Global Bond Fund CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 28. Compass EMP US 500 ENHAN Volatility Weighted A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 29. PIMCO Real Estate Real Return Strat D | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 30. Ivy Asset Strategy Fund CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 31. Pioneer Strategic Income FD CL A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 32. Hennessy Cornerstone MID CAP 30 INV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 33. Compass EMP US SM CAP 500 Volatility Weighted | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 34. Forward INTL Dividend FD INV CL | B | Dividend | | | Sold | 03/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dreyfus INTL Bond FD A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 36. Compass EMP INTL 500 Enhanced Volatility | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 37. PIMCO Rae Fundamental Plus D | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 38. Compass EMP Ultra Short Term Fix INCM A | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 39. Loomis Sayles Bond Fund CL R | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 40. Guggenheim S&P 500 Equal WEI UTI ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 41. Schwab Fundamental INL Large ETF IV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 42. Schwab US Large Cap ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 43. Guggenheim S&P 500 EQL Weight ETF IV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 44. Wisdomtree INTER HDG QLYDIV ETF IV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 45. Powershares INT'L DIVDND ACHVRS ETF IV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 46. Direxion NASDAQ 100 EQL WGHT IDX ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 47. SPDR Dow Jones Global Real Estate ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 48. Schwab Emerging Markets Equity ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 49. Schwab US Small Cap ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 50. Powershares Preferred Portfolio ETF | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 51. Salient INTL Real Estate A | B | Dividend | | | Sold | 03/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO StocksPlus Small D | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 53. Salient INTL Dividend Signal INV | B | Dividend | | | Sold | 03/16/17 | J | A | |
| 54. Fidelity Destiny II | C | Dividend | | | Sold | 05/17/17 | J | A | |
| 55. | | | | | | | | | |
| 56. AQR LONG SHORT EQTY FD CL N | | None | J | T | Buy | 05/17/17 | J | | |
| 57. MADISON COVERED CALL & EQTY INCM Y | | None | J | T | Buy | 05/17/17 | J | | |
| 58. PIMCO INCM CL D | | None | J | T | Buy | 05/17/17 | J | | |
| 59. PIMCO INCM CL D | | None | J | T | Buy | 05/17/17 | J | | |
| 60. ALPS SECTOR DIVIDEND DOGS ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 61. GUGGENHEIM S&P 500 EQUALWEI UTI ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 62. POWERSHARES SENIOR LOAN ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 63. PIMCO 0-5 YEAR HIGH YLD BND IDX ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 64. GUGGENHEIM S&P 500 EQUAL WEIGHT ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 65. POWERSHARES INTL DVDND ACHVRS ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 66. DIREXION NASDAQ 100 EQL WGHT IDX ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 67. SPDR BLMBERG BRCLY CONV SECRT ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 68. WISDOMTREE US SMALLCAP DVD GRW ETF | | None | J | T | Buy | 05/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ALPS EMERGING SECTOR DVDDOGS ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 70. CHARLES SCHWAB US REIT ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 71. SCHWAB INT'L EQUITY ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 72. SCHWAB EMERGING MARKETS EQUITY ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 73. CHARLES SCHWAB US MC ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 74. SCHWAB US SMALL CAP ETF | | None | J | T | Buy | 05/17/17 | J | | |
| 75. | | | | | | | | | |
| 76. ALPS SECTOR DIVIDEND DOGS ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 77. PIMCO 0-5 Year High YLD BND IDX ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 78. GUGGENHEIM S&P 500 EQUAL WEIGHT ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 79. WISDMTRE US SMLCP QLT DIV GRW ETF IV | | None | J | T | Buy | 05/31/17 | J | | |
| 80. POWERSHARES SENIOR LOAN ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 81. CHARLES SCHWAB US MC ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 82. SCHWAB US SMALL CAP ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 83. SCHWAB INT'L EQUITY ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 84. SCHWAB EMERGING MARKETS EQUITY ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 85. AQR LONG SHORT EQTY FD CL N | | None | J | T | Buy | 05/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MADISON COVERED CALL & EQTY INCM Y | | None | J | T | Buy | 05/31/17 | J | | |
| 87. PIMCO INCM CL D | | None | J | T | Buy | 05/31/17 | J | | |
| 88. GUGGENHEIM S&p 500 EQUAL WEI UTI ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 89. ALPS EMERGING SECTOR DVDDOGS ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 90. POWERSHARES INTL DVDND ACHVRS ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 91. SPDR BLMBERG BRCLY CONV SECRT ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 92. CHARLES SCHWAB US REIT ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 93. DIREXION NASDAQ 100 EQL WGHT IDX ETF | | None | J | T | Buy | 05/31/17 | J | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During the period between March 16 - April 13, 2017, all funds within my IRA account at Charles Schwab were sold as part of an IRA rollover used to pay the closing costs for the purchase of my current residence located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . The actual IRA rollover was initiated on April 13, 2017. The sale date in this disclosure represents the date that I initiated the sale of the mutual funds to reduce the account to cash.

On May 26, 2017, I completed the IRA rollover and returned all funds to Charles Schwab to be reinvested. The funds listed on Part VII, Lines 76 through 93 were purchased on May 31, 2017. Additional shares of each of the funds purchased on May 31, 2017 were purchased on July 5, 2017 and August 23, 2017 constituting the reinvestment of all funds withdrawn on April 13, 2017 as part of the IRA rollover.

On April 24, 2017, ▮▮▮▮▮ IRA, which was invested in Fidelity Destiny II, disclosed in Part VII, Line 54 on this report was liquidated and transferred to Charles Schwab. On May 17, 2017, her IRA was reinvested in the same mutual equity funds that constitute my IRA investment portfolio and shown on Lines 56 through 74 of Part VII of this Financial Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544